|                                                    |       |                                       |
| -------------------------------------------------- | ----- | ------------------------------------- |
| STATE OF INDIANA                                   | )     | IN THE WHITE COUNTY CIRCUIT COURT     |
|                                                    | ) SS: |                                       |
| COUNTY OF WHITE                                    | )     | CAUSE NO: 91C01-2308-CT-000034        |
|                                                    | )     |                                       |
| ABDULAHI ALI,                                      | )     |                                       |
|                                                    | )     |                                       |
| Plaintiff,                                         | )     |                                       |
|                                                    | )     |                                       |
| vs.                                                | )     |                                       |
|                                                    | )     |                                       |
| OSCAR ARROYO and BIOTRANS, LLC,                    | )     |                                       |
|                                                    | )     |                                       |
| Defendants.                                        | )     |                                       |

## COMPLAINT FOR DAMAGES

Comes now Plaintiff ABDULAHI ALI, by counsel, and for his Complaint for Damages against the Defendants OSCAR ARROYO and BIOTRANS, LLC, alleges and asserts that:

1. At all times mentioned herein, Plaintiff was and is a resident of the City of Minneapolis, County of Hennepin, State of Minnesota.

2. At all times mentioned herein, Defendant Oscar Arroyo was a resident of the City of Cicero, County of Cook, State of Illinois.

3. At all times mentioned herein, Defendant BioTrans, LLC was a business formed in Delaware with its principal place of business located at 15 Jonathan Drive, Suite 1, Brockton, MA, 02301.

4. At all times relevant to this Complaint, Defendant Oscar Arroyo was an employee, agent, contractor, or servant of Defendant BioTrans, LLC.

5. On or about January 24, 2022, Plaintiff was traveling on a roadway in White County, Indiana when Defendant Arroyo caused a collision between the vehicle he was operating and the vehicle of Plaintiff.

6. At the time of the collision, Defendant Arroyo was operating a vehicle while acting within the course and scope of his employment, agency, and/or contract with Defendant BioTrans, LLC.

7. The aforementioned collision was directly and proximately caused by the carelessness and negligence of Defendant Arroyo, for which Defendant BioTrans, LLC is vicariously liable.

8. As a direct and proximate result of the carelessness and negligence of Defendant Arroyo, Plaintiff was injured and suffered damages, including but not limited to past and future medical expenses, pain and suffering, permanency, lost wages, and property damages. Plaintiff seeks all damages recoverable under Indiana law.

9. Defendant BioTrans, LLC is vicariously liable and responsible for any losses caused by Defendant Arroyo or other of its other employees, agents, and/or contractors involved in the incident which serves as the basis of this Complaint.

WHEREFORE, Plaintiff ABDULAHI ALI prays that the Court grant judgment against Defendants OSCAR ARROYO and BIOTRANS, LLC in an amount commensurate with his injuries and damages, for the costs of this action, and for all other relief just and proper in the premises.

Respectfully submitted,

_____
Phillip Olsson, Attorney No. 29416-53
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
8350 Sunlight Drive, Ste. 300
Fishers, IN 46037
(317) 472-3333 Phone
(317) 472-3340 Facsimile
polsson@hirehensley.com

## REQUEST FOR TRIAL BY JURY

COMES now Plaintiff ABDULAHI ALI, by counsel, and files herein his request for trial by jury for the above action.

Respectfully submitted,

_____
Phillip Olsson, Attorney No. 29416-53
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
8350 Sunlight Drive, Ste. 300
Fishers, IN 46037
(317) 472-3333 Phone
(317) 472-3340 Facsimile
polsson@hirehensley.com