UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ABDULAHI ALI, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 4:23-cv-81 |
| OSCAR ARROYO and BIOTRANS, LLC, | ) |
| Defendants. | ) |

**ORDER**

This matter is before the court on the Stipulation to Dismiss with Prejudice [DE 29] filed by the parties on May 20, 2025. The court, being duly advised, hereby **GRANTS** the Stipulation [DE 29] and **DISMISSES** this cause **WITH PREJUDICE**. This case is now closed.

ENTERED this 21st day of May, 2025.

/s/ Andrew P. Rodovich
United States Magistrate Judge